REDACTED

| PROB 22 (Rev. 2/88) | | CASE NUMBER *(Tran. Court)* 2:02CR00645-001 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | CASE NUMBER *(Rec. Court)* CR05-30 |

| NAME AND ADDRESS OF SUPERVISED RELEASEE: Dencen Worrell<br><br>Newark, DE 19711 | DISTRICT<br>Eastern District<br>of Pennsylvania | DIVISION |
|---|---|---|
| | NAME OF SENTENCING JUDGE<br>The Honorable Anita B. Brody | |
| | DATES OF SUPERVISED RELEASE: | FROM<br>December 29, 2003 | TO<br>December 28, 2008 |

OFFENSE

Conspiracy to import cocaine, importation of more than 500 grams of cocaine.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Eastern District of Pennsylvania

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the supervised RELEASEE named above be transferred with the records of the Court to the United States District Court for the District of Delaware upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

3/15/05
_____
Date

_____
United States District Judge

*This sentence made be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE District of Delaware

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_____
Effective Date

_____
United States District Judge

OPEN PLEA

REDACTED

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NO. 02-645 |
| v. | : DATE FILED 10-1-02 |
| DENEEN DENISE WORRELL | : VIOLATIONS:<br>: 21 U.S.C. § 963<br>: Conspiracy to import cocaine (1 count)<br>: 21 U.S.C. § 952(a)<br>: Importation of more than 500 grams<br>: cocaine (1 count) |

## INDICTMENT

### COUNT ONE

THE GRAND JURY CHARGES THAT:

Between on or about August 6, 2001, and on or about August 12, 2001, at Philadelphia, in the Eastern District of Pennsylvania, and elsewhere, defendant

DENEEN DENISE WORRELL

did conspire and agree, together and with persons known and unknown, to knowingly and intentionally import more than 500 grams, that is, approximately 922.4 grams, of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, into the United States from a place outside thereof, that is, Jamaica, in violation of Title 21, United States Code, Section 952(a).

## MANNER AND MEANS

1. It was a part of the conspiracy that persons unknown offered to pay defendant DENEEN DENISE WORRELL to travel to Jamaica from the United States in order to import cocaine on their behalf.

2. It was a further part of the conspiracy that persons unknown procured airline tickets to and from Jamaica for defendant DENEEN DENISE WORRELL.

3. It was a further part of the conspiracy that defendant DENEEN DENISE WORRELL traveled from Philadelphia, in the Eastern District of Pennsylvania, to Jamaica in order to transport cocaine from Jamaica to the United States.

4. It was a further part of the conspiracy that, once in Jamaica, defendant DENEEN DENISE WORRELL returned to the United States with the cocaine concealed inside her luggage for delivery to persons unknown.

## OVERT ACTS

In furtherance of the conspiracy and to accomplish the purposes thereof, the following overt acts, among others, were committed in the Eastern District of Pennsylvania and elsewhere:

1. On or about August 6, 2001, persons unknown went to a travel agency in Wilmington, in the District of Delaware, and purchased a round trip airline ticket in the name "Deneen Worrell."

2. On or about August 7, 2001, defendant DENEEN DENISE WORRELL departed Philadelphia via Air Jamaica and arrived in Montego Bay, Jamaica.

3.  Between on or about August 7, 2001, and on or about August 12, 2001, while in Jamaica, defendant DENEEN DENISE WORRELL obtained a suitcase in which had been secreted more than 500 grams of cocaine.

4.  On or about August 12, 2001, defendant DENEEN DENISE WORRELL boarded Air Jamaica flight 45 in Jamaica and flew from Montego Bay, Jamaica, to the United States with the cocaine concealed within her luggage.

All in violation of Title 21, United States Code, Section 963 and 960(a)(2).

## COUNT TWO

THE GRAND JURY FURTHER CHARGES THAT:

On or about August 12, 2001, at Philadelphia International Airport, in the Eastern District of Pennsylvania, and elsewhere, defendant

DENEEN DENISE WORRELL

did knowingly and intentionally import more than 500 grams, that is, approximately 922.4 grams, of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, into the United States from a place outside thereof, that is, Jamaica.

In violation of Title 21, United States Code, Sections 952(a) and 960(b)(2)(B).

A TRUE BILL:

_____
FOREPERSON

_for_ *H. Geoffrey Moulton Jr.*
PATRICK L. MEEHAN
*United States Attorney*
First Assistant U.S. Attorney