
*Redacted*

May 5, 2005

Clerk, U..S. District Court
District of Delaware
J. Caleb Boggs Federal Bldg.
844 King St. Lockbox 18
Wilmington, DE 19801-3570

              RE:   United States of America vs Deneen Denise Worrell
                      Cr. No. 02-645

                      *CR05-30*

Dear Clerk:

    Pursuant to Transfer of Jurisdiction of Probation, we herewith enclose a certified copy of the following;

                          *

        Indictment, Judgment, Transfer Form, Docket Sheet.

    Kindly acknowledge receipt on the copy of the letter provided.

                        Very truly yours,

                        MICHAEL E. KUNZ

* SEALED DOCUMENT                       Clerk of Court

                        By: _____
                        James Hamilton, Deputy Clerk

c:

Received above material or record file this     day of     , 20  .

                              Signature: _____

PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

CASE NUMBER *(Tran. Court)*
2:02CR00645-001

CASE NUMBER *(Rec. Court)*
CR05-30

| NAME AND ADDRESS OF SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Deneen Worrell | Eastern District of Pennsylvania | |
| | NAME OF SENTENCING JUDGE | |
| | The Honorable Anita B. Brody | |
| | DATES OF SUPERVISED RELEASE: | FROM December 29, 2003 — TO December 28, 2008 |

OFFENSE

Conspiracy to import cocaine, importation of more than 500 grams of cocaine.

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE Eastern District of Pennsylvania

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the supervised RELEASEE named above be transferred with the records of the Court to the United States District Court for the District of Delaware upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

3/15/05
Date

_[signed]_ Anita B Brody
United States District Judge

*This sentence made be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE District of Delaware

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

4/22/05
Effective Date

_[signed]_ Sue L. Robinson
United States District Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA



| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NO. 02-645 |
| v. | : DATE FILED_____ |
| DENEEN DENISE WORRELL | : VIOLATIONS:<br>: 21 U.S.C. § 963<br>: Conspiracy to import cocaine (1 count)<br>: 21 U.S.C. § 952(a)<br>: Importation of more than 500 grams<br>: cocaine (1 count) |

FILED
OCT 01 2002
MICHAEL E. KUNZ, Clerk
By ____ Dep. Clerk

### INDICTMENT

#### COUNT ONE

THE GRAND JURY CHARGES THAT:

Between on or about August 6, 2001, and on or about August 12, 2001, at Philadelphia, in the Eastern District of Pennsylvania, and elsewhere, defendant

DENEEN DENISE WORRELL

did conspire and agree, together and with persons known and unknown, to knowingly and intentionally import more than 500 grams, that is, approximately 922.4 grams, of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, into the United States from a place outside thereof, that is, Jamaica, in violation of Title 21, United States Code, Section 952(a).

A TRUE COPY CERTIFIED TO FROM THE RECORD
DATED: 5-5-05

DEPUTY CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

## MANNER AND MEANS

1. It was a part of the conspiracy that persons unknown offered to pay defendant DENEEN DENISE WORRELL to travel to Jamaica from the United States in order to import cocaine on their behalf.

2. It was a further part of the conspiracy that persons unknown procured airline tickets to and from Jamaica for defendant DENEEN DENISE WORRELL.

3. It was a further part of the conspiracy that defendant DENEEN DENISE WORRELL traveled from Philadelphia, in the Eastern District of Pennsylvania, to Jamaica in order to transport cocaine from Jamaica to the United States.

4. It was a further part of the conspiracy that, once in Jamaica, defendant DENEEN DENISE WORRELL returned to the United States with the cocaine concealed inside her luggage for delivery to persons unknown.

## OVERT ACTS

In furtherance of the conspiracy and to accomplish the purposes thereof, the following overt acts, among others, were committed in the Eastern District of Pennsylvania and elsewhere:

1. On or about August 6, 2001, persons unknown went to a travel agency in Wilmington, in the District of Delaware, and purchased a round trip airline ticket in the name "Deneen Worrell."

2. On or about August 7, 2001, defendant DENEEN DENISE WORRELL departed Philadelphia via Air Jamaica and arrived in Montego Bay, Jamaica.

3.    Between on or about August 7, 2001, and on or about August 12, 2001, while in Jamaica, defendant DENEEN DENISE WORRELL obtained a suitcase in which had been secreted more than 500 grams of cocaine.

4.    On or about August 12, 2001, defendant DENEEN DENISE WORRELL boarded Air Jamaica flight 45 in Jamaica and flew from Montego Bay, Jamaica, to the United States with the cocaine concealed within her luggage.

All in violation of Title 21, United States Code, Section 963 and 960(a)(2).

## COUNT TWO

THE GRAND JURY FURTHER CHARGES THAT:

On or about August 12, 2001, at Philadelphia International Airport, in the Eastern District of Pennsylvania, and elsewhere, defendant

DENEEN DENISE WORRELL

did knowingly and intentionally import more than 500 grams, that is, approximately 922.4 grams, of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, into the United States from a place outside thereof, that is, Jamaica.

In violation of Title 21, United States Code, Sections 952(a) and 960(b)(2)(B).

A TRUE BILL:

FOREPERSON

for
PATRICK L. MEEHAN
*United States Attorney*
**First Assistant U.S. Attorney**

CLOSED

# United States District Court
# Eastern District of Pennsylvania (Philadelphia)
# CRIMINAL DOCKET FOR CASE #: 2:02-cr-00645-AB-ALL
# Internal Use Only

Case title: USA v. WORRELL                Date Filed: 10/01/2002

Assigned to: JUDGE ANITA B. BRODY

**Defendant**

**DENEEN DENISE WORRELL** (1)          represented by **DEF. ASSOC.**
*TERMINATED: 12/31/2003*                THE CURTIS CENTER BUILDING
                                        SUITE 540 WEST
                                        INDEPENDENCE SQUARE WEST
                                        PHILADELPHIA, PA 19106
                                        FAX 215-925-4024
                                        Fax: FAX 215-925-4024
                                        *TERMINATED: 12/10/2004*
                                        *LEAD ATTORNEY*
                                        *Designation: Public Defender or Community Defender Appointment*

                                        **JOYCE WEBB-EUBANKS**
                                        FEDERAL DEFENDERS
                                        SUITE 540 WEST
                                        CURTIS CENTER
                                        INDEPENDENCE SQUARE WEST
                                        PHILADELPHIA, PA 19106
                                        215-928-1100
                                        Email: joyce_eubanks@fd.org
                                        *TERMINATED: 10/31/2004*

A TRUE COPY CERTIFIED TO FROM THE RECORD
DATED: 5-5-05
ATTEST: [signature]
DEPUTY CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT

**Pending Counts**                      **Disposition**

21:963 and 960(a)(2) CONSPIRACY
TO IMPORT COCAINE                       SEALED
(1)

21:952(a) and 960(b)(2)(B)
IMPORTATION OF MORE THAN
500 GRAMS OF COCAINE                    SEALED
(2)

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

USA         represented by   BARBARA J. COHAN
                             U.S. ATTORNEY'S OFFICE
                             615 CHESTNUT ST.
                             SUITE 1250
                             PHILA, PA 19106-4476
                             TEL 215-861-8415
                             Fax: FAX 215-861-8618
                             Email: barbara.cohan@usdoj.gov
                             *LEAD ATTORNEY*
                             *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/01/2002 | 1 | Indictment as to DENEEN DENISE WORRELL (1) count(s) 1, 2 (sb) (Entered: 10/02/2002) |
| 10/01/2002 | 2 | MOTION and ORDER for Issuance of Bench Warrant as to DENEEN DENISE WORRELL ( Signed by MAGISTRATE JUDGE CHARLES B. SMITH ) (sb) (Entered: 10/02/2002) |
| 10/01/2002 | | Bench Warrant issued as to DENEEN DENISE WORRELL . (sb) (Entered: 10/02/2002) |
| 10/01/2002 | | **Added Government Attorney BARBARA J. COHAN (sb) (Entered: 10/02/2002) |
| 10/03/2002 | 3 | REPORT OF SPEEDY TRIAL ACT DELAY: XM as to DENEEN DENISE WORRELL. DEFT. IS A FUGITIVE. ( signed by JUDGE ANITA B. BRODY ) 10/4/02 ENTERED. 10/3/02 COPIES FAXED BY CHAMBERS. (jb) (Entered: 10/04/2002) |

| | | |
|---|---|---|
| 10/03/2002 | | **Location LF as to DENEEN DENISE WORRELL (ar) (Entered: 10/07/2002) |
| 12/12/2002 | | Arraignment HELD DENEEN DENISE WORRELL (1) count(s) 1, 2. (jh) (Entered: 12/16/2002) |
| 12/12/2002 | | **Procedural Interval start P2 as to DENEEN DENISE WORRELL (1) count(s) 1, 2 (ar) (Entered: 12/18/2002) |
| 12/13/2002 | 4 | ORDER APPOINTING DEFENDERS ASSOCIATION OF PHILADELPHIA FOR DENEEN DENISE WORRELL. ( SIGNED BY MAGISTRATE JUDGE THOMAS J. RUETER ), 12/13/02 ENTERED AND COPIES FAXED. (jh) (Entered: 12/13/2002) |
| 12/13/2002 | | **Added for DENEEN DENISE WORRELL Attorney DEF. ASSOC. (jh) (Entered: 12/13/2002) |
| 12/13/2002 | 5 | ORDER SETTING CONDITIONS OF RELEASE AS TO DENEEN DENISE WORRELL. ( SIGNED BY MAGISTRATE JUDGE THOMAS J. RUETER ), 12/13/02 ENTERED AND COPIES MAILED AND FAXED. (jh) (Entered: 12/13/2002) |
| 12/16/2002 | 6 | Plea of 12/12/02 entered by DENEEN DENISE WORRELL. Court accepts plea. NOT GUILTY: DENEEN DENISE WORRELL (1) count(s) 1, 2 . Deft. allowed 10 days to file motions. (TJR) (jh) (Entered: 12/16/2002) |
| 12/16/2002 | | O/R Bond entered by DENEEN DENISE WORRELL in the Amount of $ 50,000.00. (jh) (Entered: 12/16/2002) |
| 12/20/2002 | 7 | ORDER DATED 12/19/02 SETTING JURY TRIAL FOR 2/17/03, FOR DENEEN DENISE WORRELL ; SETTING FINAL PRETRIAL CONFERENCE FOR 4:00 P.M. 2/12/03, FOR DENEEN DENISE WORRELL . ON OR BEFORE 2/4/03, COUNSEL SHALL SUBMIT THE FOLLOWING: PROPOSED VOIR DIRE QUESTIONS, PROPOSED POINTS FOR CHARGE, MOTIONS IN LIMINE, TRIAL MEMORANDUM. PARTIES SHALL RESPOND TO ALL SUBMISSIONS ON OR BEFORE 2/7/03. ( SIGNED BY JUDGE ANITA B. BRODY ), 12/23/02 ENTERED. 12/20/02 COPIES MAILED AND FAXED BY CHAMBERS. (jh) (Entered: 12/23/2002) |
| 01/03/2003 | 8 | ORDER DATED 1/2/03 AS TO DENEEN DENISE WORRELL THAT THE CRIMINAL JURY TRIAL SCHEDULED FOR 2/17/03 AT 10:00 A.M. IS CANCELED AND RESCHEDULED TO BEGIN 2/18/03 AT 9:30 A.M., IN COURTROOM 7-B. (SIGNED BY JUDGE ANITA B. BRODY), 1/3/03 ENTERED. (jcz) (Entered: 01/03/2003) |
| 01/21/2003 | 9 | Bench Warrant Returned Executed as to DENEEN DENISE WORRELL on 12/12/02. (jh) (Entered: 01/21/2003) |

| | | |
|---|---|---|
| 02/11/2003 | | Change of Plea Hearing as to DENEEN DENISE WORRELL HELD. (jh) (Entered: 02/11/2003) |
| 02/11/2003 | 10 | Plea of 2/11/03 entered by DENEEN DENISE WORRELL. Court accepts plea. GUILTY: DENEEN DENISE WORRELL (1) count(s) 1, 2 . Presentence Report is Ordered. Sentencing is scheduled for a date to be announced in Sept. 2003. (jh) (Entered: 02/11/2003) |
| 02/11/2003 | 11 | Guilty Plea Memorandum by USA as to DENEEN DENISE WORRELL, Cert. of Service. (jh) (Entered: 02/11/2003) |
| 02/14/2003 | 12 | ORDER DATED 2/11/03 THAT THE RECORD OF 2/11/03, IS SEALED FROM TAPE # 1 INDEX # 1592 TO INDEX # 1840, UNTIL FURTHER ORDER OF COURT. ( SIGNED BY JUDGE ANITA B. BRODY ), 2/14/03 ENTERED AND COPIES FAXED BY CHAMBERS. (jh) (Entered: 02/14/2003) |
| 11/19/2003 | 13 | NOTICE OF ATTORNEY APPEARANCE JOYCE WEBB-EUBANKS appearing for DENEEN DENISE WORRELL , *cert of service* (WEBB-EUBANKS, JOYCE) (Entered: 11/19/2003) |
| 12/24/2003 | 14 | SENTENCING MEMORANDUM Certificate of Service by DENEEN DENISE WORRELL (WEBB-EUBANKS, JOYCE) (Entered: 12/24/2003) |
| 12/29/2003 | 15 | Sealed Document by USA as to DENEEN DENISE WORRELL. (cmc) (Entered: 12/29/2003) |
| 12/29/2003 | 16 | SEALED MOTION & ORDER AS TO DENEEN DENISE WORRELL . Signed by Judge ANITA B. BRODY on 12/29/03.12/29/03 Entered and Copies Mailed and Faxed. (cmc) (Entered: 12/29/2003) |
| 12/29/2003 | 17 | MOTION & ORDER TO SEAL DOCUMENTS 15, 16 AS TO DENEEN DENISE WORRELL UNTIL FURTHER ORDER OF THE COURT, ETC . Signed by Judge ANITA B. BRODY on 12/29/03.12/29/03 Entered and Copies Mailed and Faxed. (cmc) (Entered: 12/29/2003) |
| 12/30/2003 | 18 | SEALED Minute Entryfor proceedings held before Judge ANITA B. BRODY held on 12/29/03 for DENEEN DENISE WORRELL (1).Court Reporter ESR.(ke) (Entered: 12/30/2003) |
| 12/30/2003 | 19 | ORDER TO SEAL DOCUMENT [18] AND TRANSCRIPT AND AUDIO RECORDING AS TO DENEEN DENISE WORRELL UNTIL FURTHER ORDER OF THE COURT (FILED UNDER SEAL) . Signed by Judge ANITA B. BRODY on 12/29/03.12/30/03 Entered and Copies Faxed BY CHAMBERS. (ke) (Entered: 12/30/2003) |
| 12/31/2003 | 20 | JUDGMENT AS TO DENEEN DENISE WORRELL (1) Count(s) 1, 2, SEALED . Signed by Judge ANITA B. BRODY on 12/29/03.1/4/04 Entered. (cmc) (Entered: 01/02/2004) |

| | | |
|---|---|---|
| 12/31/2003 | | ***Set/Clear Flags as to DENEEN DENISE WORRELL Set Flag CLOSED (cmc) (Entered: 01/02/2004) |
| 01/05/2004 | 21 | TRANSCRIPT of Proceedings as to DENEEN DENISE WORRELL held on 12/29/03, before Judge BRODY. Court Reporter: ESR. ( SEALED AND IMPOUNDED) (jh, ) (Entered: 01/06/2004) |
| 05/04/2005 | 22 | Probation Jurisdiction Transferred to District of Delaware as to DENEEN DENISE WORRELL Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. (jh, ) (Entered: 05/05/2005) |